Mark N. Todzo, SBN 168389
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Tel: (415) 913-7800
Fax: (415) 759-4112

*Attorneys for Plaintiff Marianne Padilla*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE PADILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUNDIAL BRANDS LLC, ET AL.,<br><br>　　　　　Defendants. | Case No. 16-cv-04193-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF PURSUANT TO FRCP 41(a)(1)(A)(i)** |

　　　　Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Marianne Padilla hereby dismisses the Complaint and all claims for relief asserted by Plaintiff against Defendants therein.

Dated: August 5, 2016　　　　　　　　　LEXINGTON LAW GROUP

　　　　　　　　　　　　　　　　By:　　*/s/ Mark Todzo*
　　　　　　　　　　　　　　　　　　　Mark N. Todzo, SBN 168389
　　　　　　　　　　　　　　　　　　　**LEXINGTON LAW GROUP**
　　　　　　　　　　　　　　　　　　　503 Divisadero Street
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94117
　　　　　　　　　　　　　　　　　　　Tel: (415) 913-7800
　　　　　　　　　　　　　　　　　　　Fax: (415) 759-4112

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Marianne Padilla*